UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY DEAN HEMMINGER, JR., <br><br> Plaintiff, <br> v. <br><br> PAUL NELSON et al., <br><br> Defendant. | CASE NO. 2:24-cv-00659-DGE-TLF <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 23) |

This matter comes before the Court on the Report a Recommendation of the Honorable Magistrate Judge Theresa L. Fricke. (Dkt. No. 23.) The Court, having considered the Report and Recommendation and the remaining record *de novo*, and no objections having been filed, does hereby find and ORDER:

 1. The Court ADOPTS the Report and Recommendation.

 2. Plaintiff's application to proceed *in forma pauperis* is DENIED.

 3. Plaintiff's complaint is hereby DISMISSED without prejudice.

ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 23) - 1

Dated this 10th day of March, 2025.

					David G. Estudillo
					United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 23) - 2